# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0A76 | E2070455 | BLADE | 1482 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 04/08/2024 1830 | 36 CFR 4.21(c) |

Place of Offense
YOSE / SS DR / CHAPEL

Offense Description: Factual Basis for Charge          HAZMAT ☐

EXCESS SPEED 42/25
K/S/E

### DEFENDANT INFORMATION

Last Name YANG          First Name SHIHCHIEN          M.I.

Street Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 96GP152 | CA | 23 | TOY/SEN | | GRY |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 200 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →    $ 270 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _(signature)_

Original - CVB Copy

*E2070455*

CVB@SCAN 06/25/2024 15:1

---

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_(blank lined area)_

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident.

CVB SCAN 06/25/2024 15:1